IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:17CR230-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| CHRISTOPHER LEE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Order of Forfeiture. (Doc. No. 24).

**THIS COURT FINDS AS FOLLOWS**:

1. The Bill of Information (Doc. No. 12) in this case charged Defendant with violations of 21 U.S.C. §§ 841(a)(1) and 846; and 18 U.S.C. §§ 922(g) and 924(e). The Information also provided notice that property was subject to forfeiture pursuant to 21 U.S.C. § 853, and specifically identified a $20,000 forfeiture money judgment as subject to forfeiture.

2. Defendant entered into a plea agreement and subsequently pled guilty to Counts One and Two set forth in the Bill of Information. (Doc. No. 14: Plea Agreement; Doc. No. Acceptance and Entry of Guilty Plea).

3. For purposes of Fed. R. Crim. P. 32.2 and based on the Information and conviction the Government has established the amount of the money judgment.

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the

judgment.

5.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture as to substitute property to satisfy the money judgment in whole or in part.

**IT IS THEREFORE ORDERED** that, based upon 21 U.S.C. § 853, the following property is forfeited to the Unites States:

> **A forfeiture money judgment in the amount of $20,000 in proceeds of the violations set forth in the Bill of Information.**

Signed: January 5, 2018

*[signature]*

Robert J. Conrad, Jr.
United States District Judge